GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
PIO S. KIM
Assistant United States Attorney
California Bar No. 156679
Asset Forfeiture Section
     U.S. Courthouse
     312 North Spring Street, 14th Floor
     Los Angeles, California 90012
     Telephone:  (213) 894-2589
     Facsimile:  (213) 894-7177
Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>$171,948.62 In U.S. Currency<br><br>          Defendant.<br>────────────────────────<br>HECTOR GALVAN, CONNIE GALVAN<br>and PRIME BUILDING MATERIALS,<br>INC.,<br><br>          Claimants.<br>──────────────────────── | NO. 2:08-cv-05068-FMC-AJWx<br><br>CONSENT JUDGMENT |

On August 1, 2008, plaintiff United States of America (the

"government") filed the Complaint for Forfeiture in this action,

seeking forfeiture of the defendant $171,948.62 in U.S. Currency

pursuant to 31 U.S.C. § 5317(c)(2) and 18 U.S.C. § 984.  The

claimants Hector Galvan, Connie Galvan and Prime Building Materials, Inc. (collectively, the "claimants") deny the government's allegations and claim that they are the rightful owners of the defendant.

The parties have agreed to settle this forfeiture action and to avoid further litigation by entering into this consent judgment.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES:

1.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2.   The Complaint for Forfeiture states claims for relief pursuant to 31 U.S.C. § 5317(c)(2) and 18 U.S.C. § 984.

3.   Notice of this action has been given as required by law. No appearance has been made in this action by any person other than the claimants.  The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true, and hereby enters default against all other potential claimants.

4.   $98,010.71 of the defendant $171,948.62, together with any interest accrued on the defendant, shall be forfeited to the United States, which shall dispose of the same accordingly to law.

5.   The government shall return the remaining $73,937.91 to the claimants by mailing a check made payable to "Prime Building Materials, Inc. and Law Offices of Richard A. Block Client Trust

2

1  Fund" in care of Richard A. Block, Esq. at 6400 Canoga Avenue,

2  Suite 313, Woodland Hills, California 91367 within 6 weeks from

3  the entry of this judgment.

4       6.  The claimants hereby release the United States of

5  America, the State of California, all counties, municipalities

6  and cities within the State of California, and their agencies,

7  departments, offices, agents, employees and officers, including,

8  but not limited to, the United States Attorney's Office, the

9  Internal Revenue Service, and any of their employees and agents,

10 from any and all, known or unknown, claims, causes of action,

11 rights, and liabilities, including, without limitation, any claim

12 for attorney's fees, costs, or interest which may be now or later

13 asserted by or on behalf of any of the claimants, arising out of

14 or related to this action or to the seizure or possession of the

15 defendant.  The claimants represent and agree that they have not

16 assigned and are the rightful owners of such claims, causes of

17 action and rights.

18      7.  The claimants hereby agree to defend, indemnify and hold

19 harmless the United States of America, the State of California,

20 all counties, municipalities and cities within the State of

21 California, and their agencies, departments, offices, agents,

22 employees and officers, including, but not limited to, the United

23 States Attorney's Office, the Internal Revenue Service and their

24 employees and agents, from any and all, known or unknown, claims,

25 causes of action, rights, and liabilities, including, without

26 limitation, any claim for attorney's fees, costs, or interest,

27 raised or asserted by a third party in connection with or related

28 to the release of 73,937.91 to the claimants.

3

8.    The Court finds that there was reasonable cause for the seizure of the defendant and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

9.    The parties shall each bear their own attorney's fees and other costs and expenses of litigation.

DATED:Sept 4, 2009    _____
                                    UNITED STATES DISTRICT JUDGE

CONSENT

The parties consent to judgment and waive any right of appeal.

DATED: Sept. 3, 2009        GEORGE S. CARDONA
                                        United States Attorney
                                        CHRISTINE C. EWELL
                                        Assistant United States Attorney
                                        Chief, Criminal Division
                                        STEVEN R. WELK
                                        Assistant United States Attorney
                                        Chief, Asset Forfeiture Section

                                        ____/ /_____
_____
                                        PIO S. KIM
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA


                                        PRIME BUILDING MATERIALS, INC.


DATED: Sept. 3, 2009        ____/ /_____
                                        HECTOR GALVAN, President


DATED: Sept. 3, 2009        ____/ /_____
                                        HECTOR GALVAN, claimant

4

1

2                            (Signature page continues)

3

        DATED: Sept. 3, 2009          / /
4                                      _____
                                       CONNIE GALVAN, claimant
5

6       DATED: Sept. 3, 2009          / /
                                       _____
7                                      RICHARD A. BLOCK
                                       Attorney for Claimants
8                                      Hector Galvan, Connie Galvan and
                                       Prime Building Materials, Inc.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                       5